# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jarole Bert Noe, as assignee of
Chuck M. Bergerson

Case No. Civil 01-1217 ADM/SRN

v.

**JUDGMENT IN A CIVIL CASE**

American Family Mutual Insurance Co.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendant's motion for summary judgment is Granted.

DATE: July 17, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery
Mary Kaye Conery, Deputy Clerk