# *United States District Court*
# *District of Minnesota*

Clerk's Notice
In Re: Receipt of Bill of Costs

Civil Action Number: 01-1217 ADM/SRN
Title of Action: Jarold Bert Noe vs American Family Mutual Insurance Company

TO COUNSEL:

You are hereby notified that a Bill of Costs was filed by defendant American Family Mutual Insurance Company in the above entitled action on August 28, 2002.

The briefing schedule for taxation of costs is as follows:

> Objections are to be submitted in writing within 10 days of date of this notice.
>
> A response to objections may be submitted within 5 days thereafter.

If no objections are received, costs will be taxed as submitted. If the matter of taxing costs is disposed of prior to being taxed by the Clerk, please notify the undersigned of this disposition.

DATED: August 28, 2002

RICHARD D. SLETTEN, CLERK

By Deborah Bell
Deborah Bell, Deputy Clerk