UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jarold Bert Noe, an assignee of
Chuck M. Bergerson,

Plaintiff,

vs.

American Family Mutual Insurance Co.,

Defendant.

---

FILE NO: 01-1217 (ADM/SRN)

**STIPULATION OF DISMISSAL**

The above-entitled action, having been fully compromised and settled, IT IS HEREBY STIPULATED by and between the parties hereto through their undersigned attorneys that the same may be, and it hereby is, dismissed on its merits and with prejudice but without costs or disbursements to any of the parties.

IT IS FURTHER STIPULATED that without further notice a judgment of dismissal with prejudice and upon the merits, and without costs or disbursements to any of the parties may be entered herein.

Dated: 10-7-02

GISLASON, MARTIN & VARPNESS, P.A.

By ______________________
James T. Martin (#68044)
Attorneys for Plaintiff
7600 Parklawn Avenue South
~~Suite 444~~
Edina, MN 55435
(952) 831-5793

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______ OCT 08 2002
DEPUTY CLERK ______

Dated: Oct 2, 2002

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By [signature]

Patrick J. Sauter (#95989)
Leondra M. Hanson (#294512)
Attorneys for Defendant
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
(612) 340-8928

**ORDER**

IT IS ORDERED that judgment be entered in accordance with the foregoing Stipulation.

Dated: October 7, 2002

[signature]
Judge of U.S. District Court
ANN D. MONTGOMERY